# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.   2:12-CR-247-GMN-(PAL)

ENOC ADRIAN RENTERIA,

Defendant.

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ENOC ADRIAN RENTERIA**

On September 4, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(7); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ENOC ADRIAN RENTERIA to the United States of America. Information, ECF No. 4; Plea Memorandum, ECF No. 7; Minutes of Change of Plea Proceedings, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 18.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ENOC ADRIAN RENTERIA.

DATED this 17 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE